UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL RIGHTS COMPLAINT

Lewis Perry
_____,
Plaintiff(s),
(Full name(s); Do not use **et al.**)

v.

State of Connecticut
Judicial Branch

Case No. 3:20CV1267(CSH)
(To be supplied by the court)

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use **et al.**)

AUG 27 2020 PM3:29
FILED-USDC-CT-NEW HAVEN

## A. PARTIES

1. Lewis Perry is a citizen of Connecticut who
   (Plaintiff)                              (State)
   presently resides at 2 East Mountain Rd
                        (mailing address)

2. Defendant Connecticut Judicial Branch is a citizen of _____
             (name of first defendant)                      (State)
   whose address is 90 Washington St. Hartford, CT 06106,

   and who is employed as _____.
                          (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

Unconstitutional orders that violate my 1st and 14th amendment protections.

3. Defendant _____ is a citizen of _____
   (name of second defendant)                                  (State)

whose address is _____

and who is employed as _____.
                        (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

Freedom of Speech (association) violations, Due process violations,

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓ _____ 42 U.S.C. § 1983 (applies to state defendants)

   _____ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

AUG 27 2020 PM 3:29
FILED-USDC-CT-NEW HAVEN

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

Federal Court has jurisdiction with ongoing State cases. See 938 F.3d 453 Malhan v. Secretary United States Department of State.

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

The Judicial Branch of Connecticut Family Superior court in Hartford, CT made unconstitutional court orders that have caused and continue to cause me irreparable harm. The case is ongoing and still has many unresolved issues. The docket number of the case is: HHD-FA18-5054105-S.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** 1st and 14th ammendment civil rights have been violated by the orders issued from the court in this ongoing case.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

In her Memorandum of Decision dated AUG 17 2020, Hon. Judge Carrasquilla issued orders of custody regarding my children that are unconstitutional. I have asked for a reconsideration on on June 02, 2020. This has not been ruled on yet. There are also many other issues in the case that have not been settled such as legal fees, etc. The unconstitunal orders have caused and continue to cause myself and family irreprable harm.

3

**Claim II**: _____

_____

_____

Supporting Facts:

**Claim III**: _____

_____

_____

AUG 27 2020 PM3:29
FILED-USDC-CT-NEW HAVEN

Supporting Facts:

## E. REQUEST FOR RELIEF

I request the following relief:

I request injunctive relief. I ask that the Federal Court assert its jurisdiction to change these orders to respect my civil rights (under the 1st amendment). I have a right to associate with my children. I have a right to a hearing if my rights to my own children are to be taken away from me. (14th amendment)

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes ✓     No ____

_____
Original signature of attorney (if any)

_____
Plaintiff's Original Signature

_____
Printed Name

Lewis W Perry
Printed Name

_____

2 East Mountain Rd. Canton, CT 06019

( )
Attorney's full address and telephone

(860) 806-1758
Plaintiff's full address and telephone

_____
Email address if available

lhew_718@yahoo.com
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Canton, CT         on  08/22/2020  .
                (location)                          (date)

_____
Plaintiff's Original Signature

(Rev. 3/21/16)

5